```
                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Barrington Studios Limited, USA**

    **v.**                                       Case No. 10-cv-247-PB

**Anthony Sperandeo**


### O R D E R

The discovery plan is approved.  The preliminary injunction shall be consolidated with a trial on the merits.  The clerk shall set the trial for the December, 2010 trial period.

    SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

July 30, 2010

cc:  David Anderson, Esq.
     Andru H. Volinsky, Esq.
     Edward J. Sackman, Esq.